

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

December 27, 2021

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC 20002-8004

*In Re:* MDL 3014 REMstar Pro (CPAP)

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Danny Johnson against defendants Koninklijke., et al. please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Donnell Vance
Deputy Clerk
Phone number 515-323-2862
John S. Courter
CLERK OF COURT